# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02319

Teresa Terry,

    Plaintiff/Movant,

NCO Financial Systems, Inc.; and DOES 1-10,
inclusive,

    Defendants.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 45 days.

Dated: November 8, 2010

    Respectfully submitted,

    By   /s/ Dianne Zarlengo

    Dianne Zarlengo, Esq.
    Bar Number: 31385
    2800 So. University Blvd., Ste. 66
    Denver, Colorado 80210
    (303) 748-3513
    dzlegal@gmail.com
    Attorneys for Plaintiff

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2010, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail:

                                       By   /s/ Dianne Zarlengo

                                            Dianne Zarlengo