IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02319-RPM-MJW

TERESA TERRY,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
and DOES 1-10 inclusive,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on ~~November 5, 2010~~ NOVEMBER 16, 2010.

| | |
|---|---|
| s/ Dianne Zarlengo | s/ Louis Leonard Galvis |
| Dianne Zarlengo (CO Bar No. 31385) | Louis Leonard Galvis (CO Bar No. 32885) |
| 2800 So. University Boulevard, Suite 66 | Sessions, Fishman, Nathan & Israel, LLC |
| Denver, Colorado 80210 | 645 Stonington Lane |
| Telephone: (303) 748-3513 | Fort Collins, CO 80525 |
| E-mail: dzlegal@gmail.com | Telephone: (970) 223-4420 |
| *Attorney for Plaintiff* | Facsimile: (970) 223-4420 |
| *Teresa Terry* | E-mail: lgalvis@sessions-law.biz |
| | *Attorneys for Defendant* |
| | *NCO Financial Systems, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Dianne Zarlengo

Dianne Zarlengo