IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02319-RPM-MJW

TERESA TERRY,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [10] filed on November 16, 2010, it is

ORDERED that this action is dismissed on the merits with prejudice, each party to pay their own attorney's fees and costs.

DATED: November 17th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge